UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRYON LARRY SMITH,<br><br>    Plaintiff,<br><br>    v.<br><br>NATHAN KOURI, *et al.*,<br><br>    Defendants. | Case No. CV 09-9219 JAK (JCG)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint, the Magistrate Judge's Report and Recommendation, and the remaining record. No objections to the Report and Recommendation have been filed.

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and adopted.
2. Judgment be entered dismissing this action with prejudice.
3. The Clerk serve copies of this Order and the Judgment on the parties.

DATED: July 15, 2011

_____
HON. JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

1