# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRYON LARRY SMITH, | Case No. CV 09-9219 JAK (JCG) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| NATHAN KOURI, *et al.*, | |
| Defendants. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: July 15, 2011

_____
HON. JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE